CATHERINE CORTEZ MASTO
Attorney General
JOSEPH C. REYNOLDS
Senior Deputy Attorney General
Nevada Bar No. 8630
STEPHEN D. QUINN
Senior Deputy Attorney General
Nevada Bar No. 5746
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1260
Fax: 775-681-1275

*Attorneys for Defendants E. K. McDaniel,
R. Bruce Bannister, Adam Endel,
Max Carter and Steven MacArthur*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN OLIVER SNOW, | Case No.  3:08-cv-00046-RCJ-VPC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| E.K. MCDANIEL, et al. | |
| Defendants. | |

This action came on before the Honorable Robert C. Jones for trial by jury on the 3rd day of June, 2013 at 8:30 a.m. and continued day-to-day until June 10, 2013.

At the close of the Plaintiff's case, Defendant Adam Endel moved for judgment as a matter of law, which motion the Court considered and **GRANTED.**

The issues as to the remaining Defendants E.K. McDaniel, R. Bruce Bannister, Steven MacArthur, and Max Carter, were fully tried and the jury rendered its verdict for Defendants and against Plaintiff John Oliver Snow.

**JUDGMENT IS HEREBY ENTERED** for Defendants E.K. McDaniel, Adam Endel, R. Bruce Bannister, Steven MacArthur, and Max Carter and against Plaintiff John Oliver Snow.

Dated this 20th day of June, 2013.

_____
District Court Judge
Robert C. Jones

Submitted by:

CATHERINE CORTEZ MASTO
Nevada Attorney General


By: _/s/ Stephen D. Quinn_
  STEPHEN D. QUINN,
  Senior Deputy Attorney General